# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-1089**  **September Term, 2023**

EPA-HQ-OPPT-2018-0421

**Filed On: October 11, 2023** [2021260]

Vinyl Institute, Inc.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

## O R D E R

Upon consideration of respondent's unopposed motion to govern, it is

**ORDERED** that the motion be granted, and that this case be removed from abeyance and returned to the court's active docket.

The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

  BY:  /s/
    Michael C. McGrail
    Deputy Clerk