# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1089**                                        **September Term, 2023**

EPA-HQ-OPPT-2018-0421

**Filed On: November 20, 2023** [2027967]

Vinyl Institute, Inc.,

      Petitioner

      v.

Environmental Protection Agency,

      Respondent

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 1, 2023, at 9:30 A.M.:

    Petitioner   -   10 Minutes

    Respondent   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Henderson, Walker, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 22, 2023.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Michael C. McGrail
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)