# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1089**  **September Term, 2023**

EPA-HQ-OPPT-2018-0421

Filed On: December 1, 2023 [2029523]

Vinyl Institute, Inc.,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

    **BEFORE:**    Circuit Judges Henderson, Walker, and Pan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, December 1, 2023 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Eric Gotting, counsel for Petitioner.

  Laura J. Brown (DOJ), counsel for Respondent.

                                **FOR THE COURT:**
                                Mark J. Langer, Clerk

                BY:    /s/
                            Anne A. Rothenberger
                            Deputy Clerk